```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :   ORDER
                                    :
             -v.-                   :   20 Cr. 416
                                    :
JOAO DJALMA PRESTES JUNIOR,         :
    a/k/a "Joao Pereira,"           :
                                    :
             Defendant.             :
                                    :
------------------------------------X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Micah F. Fergenson;

It is found that the Superseding Indictments in the above-captioned action – i.e., Superseding Indictments S1 20 Cr. 416, S2 20 Cr. 416, S3 20 Cr. 416, and S4 20 Cr. 416 – are currently sealed and the United States Attorney's Office has applied to have those Superseding Indictments unsealed, and it is therefore

ORDERED that the Superseding Indictments S1 20 Cr. 416, S2 20 Cr. 416, S3 20 Cr. 416, and S4 20 Cr. 416 in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         September 27, 2021

_____
HONORABLE JED S. RAKOFF
UNITED STATES MAGISTRATE JUDGE